# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CORY ALLAN HEWITT,

          Plaintiff,

v.

CHRIS FLOYD PHILLIPS,

          Defendant.

Case No. 18-CV-772-JPS

**ORDER**

On June 25, 2018, Magistrate Judge William E. Duffin issued a recommendation to this Court that this action be dismissed. (Docket #9). Magistrate Duffin's recommendation was based on his finding that the statute of limitations had long ago expired on Plaintiff's claim. *Id.* at 1–2. The time for objecting to the recommendation has passed and none has been received. *See* Fed. R. Civ. P. 72; Gen. L. R. 72(c). The Court has considered the recommendation and, in light of its agreement with Magistrate Duffin's analysis and without objection from Plaintiff, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation (Docket #9) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 10th day of July, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge